**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EXPORT COMMODITY LLC, <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:23-CV-15059 <br><br> **FILED UNDER SEAL** |

# EXHIBIT 1 TO THE COMPLAINT

**Export Commodity LLC**

**EXHIBIT 1**             **TRADEMARK REGISTRATION**

Digitally Signed by: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.15 13:05:01 -04'00'

# United States of America
## United States Patent and Trademark Office

# ArmedPet

**Reg. No. 6,830,822**  
**Registered Aug. 30, 2022**  
**Int. Cl.: 35**  
**Service Mark**  
**Principal Register**

Export Commodity LLC (TEXAS LIMITED LIABILITY COMPANY)  
410 Pierce St, #67, Houston, TX, 77002  
Houston, TEXAS 77266

CLASS 35: On-line retail store services featuring pet toys and pet supplies excluding pet food

FIRST USE 7-21-2020; IN COMMERCE 7-21-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-691,852, FILED 05-05-2021



*Katherine Kelly Vidal*  
Director of the United States  
Patent and Trademark Office

