**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EXPORT COMMODITY LLC,<br><br>　　PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　DEFENDANTS. | CASE NO. 1:23-CV-15059<br><br>**FILED UNDER SEAL** |

# **EXHIBIT 2 TO THE COMPLAINT**

EXPORT COMMODITY LLC

EXHIBIT 2                                                                                          COPYRIGHT REGISTRATIONS

## *ArmedPet 2020.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002361038 / 2023-08-29 |
| **Application Title:** | ArmedPet 2020 |
| **Title:** | ArmedPet 2020. [Group registration of published photographs. 26 photographs. 2020-06-19 to 2020-09-02] |
| **Description:** | 26 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Export Commodity LLC. Address: 410 Pierce St, #67, Houston, TX, 77002, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-06-19 to 2020-09-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Export Commodity LLC, employer for hire; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Export Commodity LLC, 410 Pierce St, #67, Houston, TX, 77002, United States |
| **Copyright Note:** | C.O. correspondence. Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in June 2020 (3 photographs): ARP-7, ARP-41, ARP-42<br>Published in July 2020 (22 photographs): ARP-5, ARP-6, ARP-8, ARP-9, ARP-10, ARP-11, ARP-12, ARP-13, ARP-14, ARP-18, ARP-19, ARP-21, ARP-22, ARP-23, ARP-24, ARP-32, ARP-34, ARP-35, ARP-36, ARP-43, ARP-44, ARP-56<br>Published in September 2020 (1 photographs): ARP-28 |
| **Names:** | Export Commodity LLC |

================================================================

EXPORT COMMODITY LLC

EXHIBIT 2   COPYRIGHT REGISTRATIONS

## *ArmedPet 2021.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002361035 / 2023-08-29 |
| **Application Title:** | ArmedPet 2021 |
| **Title:** | ArmedPet 2021. [Group registration of published photographs. 10 photographs. 2021-03-09 to 2021-04-02] |
| **Description:** | 10 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Export Commodity LLC. Address: 410 Pierce St, #67,, Houston, TX, 77002, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-03-09 to 2021-04-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Export Commodity LLC, employer for hire; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Export Commodity LLC, 410 Pierce St, #67,, Houston, TX, 77002, United States |
| **Copyright Note:** | C.O. correspondence.<br>Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2021 (7 photographs): ARP-1, ARP-2, ARP-3, ARP-4, ARP-17, ARP-20, ARP-26<br>Published in April 2021 (3 photographs): ARP-15, ARP-16, ARP-25 |
| **Names:** | Export Commodity LLC |

