# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

EXPORT COMMODITY LLC,

PLAINTIFF,

V.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

DEFENDANTS.

CASE NO.: 1:23-CV-15059

JUDGE JOHN F. KNESS

MAGISTRATE JUDGE YOUNG B. KIM

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 98 | YOUR WARDROBE |
| 99 | TaiYuanMoXiang |
| 100 | ZhangShuaif |
| 103 | Wang Zhiqian |
| 104 | Chen JiaLe |
| 105 | YueRun |
| 107 | Liu Haofeng |
| 112 | shanxiyouyijing |
| 118 | fvituve |
| 120 | Atianyi |
| 122 | dengjiaxiang  ggghh |
| 123 | AiYouDimaoyi |
| 128 | quwen  hjklkk |
| 131 | Sang JiangNan |
| 134 | Zhang Ni |
| 135 | ShanXiRuiKeHe |
| 143 | wangjing  usa |
| 144 | Zhao Guanguan |
| 149 | RuiJunSi |
| 150 | ShangHaiOuLi |

| | |
|---:|:---:|
| 151 | HeFeiErLingWuEr |
| 160 | ShenZhenShiXiaoYue |
| 164 | Shen Dingming |
| 166 | lijinji baby |
| 176 | YONGQIlay |
| 185 | baoziyoutiao |
| 186 | beilangopp |
| 187 | beoneself |
| 188 | cenhufen |
| 193 | cocoandyoyo |
| 194 | dinosaurag |
| 195 | duangpaa |
| 204 | giftcd |
| 206 | jiashiluo |
| 209 | kexinxinren |
| 212 | miaoxingren |
| 216 | pandatue |
| 221 | suguess |
| 223 | sweetteam |
| 226 | yuenuli |
| 227 | zhenlinge |
| 257 | MorningSun |
| 264 | MAX CHOICE |
| 266 | Li Ran E -commerce Co. Ltd |
| 269 | LUODING |
| 274 | SHAPERME, inc |
| 276 | ZIZHONG |
| 278 | Hello House |
| 280 | LINWU |
| 284 | MUQI |
| 285 | SIDAN |
| 287 | Familyshopping-Choice |
| 288 | RUOYING |
| 290 | JINGKE |
| 291 | CHUNXI |
| 295 | DaiHeng |
| 297 | Ruifaya |
| 208 | kellylogline10 |
| 225 | whereeverr |
| 102 | Yutinyus |
| 136 | yafa |
| 137 | beasnanier-US |
| 161 | Naroote |
| 170 | A-yixian |
| 172 | Likeets |

| | |
|---|---|
| 273 | Shaoke Store |
| 281 | Likede Store |
| 222 | sumeizhao |
| 200 | fygvyh8 |
| 275 | amousa |
| 152 | Clais |
| 141 | FANGLIN LU |
| 117 | langmubest |

Dated: April 5, 2024

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***