IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXPORT COMMODITY LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　Defendants. | No. 23-cv-15059<br><br>Judge John F. Kness |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff, Export Commodity LLC's ("ExCom" or "Plaintiff") Motion for a Preliminary Injunction against the Defendants identified on Schedule A (collectively, the "Defendants")[1] and at least using the online marketplace accounts identified on Schedule A (the "Defendant Internet Stores" or "Seller Aliases"), and this Court having heard the evidence before it, hereby GRANTS Plaintiff's Motion in its entirety.

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts

---

[1] This order does not apply to Defendants who have been dismissed from the case. *See*, *e.g.*, Dkt. 26 ("Notice of Dismissal") (pertaining to certain Defendants).

with the state).*" Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016).

In this case, Plaintiff has presented screenshot evidence that each Defendant is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiffs' Trademark and Copyright. See Docket No. 13, Exhibit 3 to the Declaration in Support of the Motion for Temporary Restraining Order, which includes screenshot evidence confirming that each defendant online marketplace account does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the ArmedPet Trademark and/or Copyrights ("ArmedPet Trademark" and "ArmedPet Copyrights").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Rule 65 of the Federal Rules of Civil Procedure. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that ExCom has a likelihood of success on the merits; that no remedy at law exists; and that ExCom will suffer irreparable harm if the injunction is not granted.

Specifically, ExCom has proved a *prima facie* case of trademark infringement because: (1) the ArmedPet Trademark is a distinctive mark registered with the U.S. Patent and Trademark Office on the Principal Register; (2) Plaintiff's federally registered trademark is valid and in full force and effect; (3) Defendants are not licensed or authorized to use the ArmedPet Trademark and/or Copyrights; and, (4) Defendants' use of the ArmedPet Trademark and/or Copyrights is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with ExCom. Furthermore, Defendants' continued and unauthorized use of the ArmedPet Trademark

and Copyrights irreparably harms ExCom through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage; and, therefore, ExCom has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using Plaintiff's ArmedPet Trademark, Copyrights and/or any reproductions, counterfeit copies or colorable imitations thereof, in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ExCom product or not authorized by ExCom to be sold in connection with Plaintiff's ArmedPet Trademark and/or Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine ExCom product or any other product produced by ExCom, that is not Plaintiff's nor produced under the authorization, control or supervision of ExCom nor approved by ExCom for sale under Plaintiff's ArmedPet Trademark and/or Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of ExCom, or are sponsored by, approved by, or otherwise connected with ExCom;

    d. further infringing Plaintiff's ArmedPet Trademark and/or Copyrights and damaging ExCom's goodwill;

3

    e.    shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for ExCom, nor authorized by ExCom to be sold or offered for sale, and which bear Plaintiff's ArmedPet Trademark, Copyrights, and/or any reproductions, counterfeit copies, or colorable imitations thereof;

    f.    using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores or any other domain name or online marketplace account that is being used to sell, or is the means by which Defendants could continue to sell Counterfeit ArmedPet Products; and

    g.    operating and/or hosting websites at the Defendant Internet Stores and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's ArmedPet Trademark, Copyrights, or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine ExCom product or not authorized by ExCom to be sold in connection with Plaintiff's ArmedPet Trademarks and/or Copyrights.

    2.    Those in privity with Defendants and with actual notice of this Order, including any online marketplaces, including but not limited to those operated by: Alibaba Group Holding Ltd. ("Alibaba"), AliExpress, Inc. ("AliExpress"), Amazon, Inc. ("Amazon"), DHGate, eBay, Inc. ("eBay"), Etsy, Inc. ("Etsy"), Fruugo, WhaleCo. Inc. ("Temu"), ContextLogic, Inc. ("Wish"), Shopify, CJ Dropshipping, and Walmart, Inc. ("Walmart") (collectively referred to as the "Online Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant domain names, and domain name registrars, shall within five (5) business days of receipt of this Order:

    a. Disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the ArmedPet Trademark and/or Copyrights, including any accounts associated with the Defendants;

    b. Disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the ArmedPet Trademark and/or Copyrights; and

    c. Take all steps necessary to prevent links to the Defendant Internet Stores, identified on the Schedule A, from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

    3. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the online marketplace accounts or other websites operated by Defendants, including, without limitation, the Online Marketplaces, Payment Processors (as defined *infra*), advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, distributors, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to ExCom expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

    b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the online marketplace accounts, the Defendants' other Seller Aliases and/or websites, and

5

Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores and other Defendant websites;

c. Defendants' websites and/or any online marketplace accounts;

d. Any domain name registered by Defendants; and

e. Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, Payment Processors or other financial institutions, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets, in an amount not to exceed $50,000 per separate Defendant, until further ordered by this Court.

5. The Online Marketplaces and all other e-commerce platforms in privity with Defendants, and their respective related companies and affiliates, shall within five (5) business days of receipt of this Order:

a. Identify and restrain all funds (in an amount not to exceed $50,000 per separate Defendant, until further ordered by this Court), as opposed to ongoing account activity, in, or which hereafter are transmitted, into the online marketplace accounts related to Defendants as identified on Schedule A, as well as all funds in, or which are transmitted, into (i) any other accounts of the same customer(s), (ii) any other accounts which transfer funds into the

6

same financial institution account(s), any of the other accounts subject to this Order; and (iii) any other accounts tied to or used by the Seller Aliases identified on Schedule A;

b. Provide Plaintiff's counsel with all data which details (i) an accounting of the total funds restrained and the identification of the financial account(s) which the restrained funds are related to, and (ii) the account transactions related to all funds transmitted into the financial account(s) which have been restrained. Such restraining of the funds and the disclosure of the related financial institution account information shall be made without notice to the account owners until after those accounts are restrained; and,

c. Prevent the transfer or surrender of any and all funds restrained by this Order for any purpose (other than pursuant to a chargeback made pursuant to the Online Marketplace's security interest in the funds) without the express authorization of this Court.

6. The Payment Processors, including but not limited to: PayPal, Payoneer, Stripe, Amazon Payments, Alipay US, eBay, DHGate, Fruugo, Temu, Etsy, Walmart, and Joybuy (collectively, the "Payment Processors") and any banks, savings and loan associations, third party payment processors, or other financial institutions, for any Defendant or any of Defendants' online marketplace accounts or websites, shall within five (5) business days of receipt of this Order:

a. Locate all accounts and funds connected to Defendants, Defendants' online marketplace accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A and the email addresses associated with the Defendants that are identified by either Defendants or third parties; and,

b. Restrain and enjoin such accounts from receiving, transferring, or disposing of any money or other of Defendants' assets, in an amount not to exceed $50,000 per separate Defendant, until further ordered by this Court.

7. ExCom may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, and/or by sending an email to the email addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of "Aiersheng (hubei) International Trade Co., Ltd. and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or email, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. The Clerk of Court is directed to unseal any pleadings that were previously ordered under seal.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on five (5) days' notice to ExCom or on shorter notice as set by this Court.

10. The ten thousand dollars (10,000) surety bond posted by ExCom shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED in No. 23-cv-15059.

Date: April 8, 2024

_____
JOHN F. KNESS
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EXPORT COMMODITY LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

No. 23-cv-15059

Judge John F. Kness

## SCHEDULE A TO THE COMPLAINT

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | Aiersheng (hubei) International Trade Co., Ltd. | allinlove.en.alibaba.com |
| 2 | Jinjiang Deek Plastic Products Co., Limited | deek.en.alibaba.com |
| 3 | Yiwu Zhihua E-Commerce Co., Ltd. | knowwaa.en.alibaba.com |
| 4 | Henan Longbite Daily Necessities Co., Ltd. | kylong.en.alibaba.com |
| 5 | Guangzhou Linke International Trade Co., Ltd. | linkeintl.en.alibaba.com |
| 6 | Yiwu Wowei Crafts Co., Ltd. | oneways.en.alibaba.com |
| 7 | Ningbo Yr Arts & Crafts Co., Ltd. | yrartscrafts.en.alibaba.com |
| 8 | Happy-Planet Store | aliexpress.com/store/1100984947 |
| 9 | Shenzhen RDF Store | aliexpress.com/store/1101065048 |
| 10 | 0615 House Store | aliexpress.com/store/1101206883 |
| 11 | Gaolou Store | aliexpress.com/store/1101234180 |
| 12 | carmo Store | aliexpress.com/store/1101238264 |
| 13 | SZ Daily Goods Store | aliexpress.com/store/1101247912 |
| 14 | Lovelypuppy Store | aliexpress.com/store/1101259095 |
| 15 | Housekeeper Store | aliexpress.com/store/1101290905 |
| 16 | AI House Store | aliexpress.com/store/1101309167 |
| 17 | Michelle's Garden Decoration Store | aliexpress.com/store/1101313623 |
| 18 | FUZHUANG DIAN Store | aliexpress.com/store/1101314417 |
| 19 | pets groceries Store | aliexpress.com/store/1101320852 |
| 20 | Sweetest Life Store | aliexpress.com/store/1101330825 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 21 | Daily Happiness Store | aliexpress.com/store/1101344176 |
| 22 | AHWOO AND GROO Store | aliexpress.com/store/1101348843 |
| 23 | NiuTool Store | aliexpress.com/store/1101354706 |
| 24 | Green prophecy Store | aliexpress.com/store/1101356425 |
| 25 | Familytime Store | aliexpress.com/store/1101366023 |
| 26 | Serafina Store | aliexpress.com/store/1101377044 |
| 27 | InGroup Store | aliexpress.com/store/1101382357 |
| 28 | Shop5367172 Store | aliexpress.com/store/1101450369 |
| 29 | Shop5952052 Store | aliexpress.com/store/1101503192 |
| 30 | Evie Pets Store | aliexpress.com/store/1101512720 |
| 31 | MASK-Protects-Your-Health Store | aliexpress.com/store/1101544011 |
| 32 | Flavour Life Store | aliexpress.com/store/1101554200 |
| 33 | A Exquisite Life Store | aliexpress.com/store/1101559610 |
| 34 | Lisahnbytrsed Store | aliexpress.com/store/1101565427 |
| 35 | XiuYaoGai Store | aliexpress.com/store/1101579641 |
| 36 | MatchlessPower Store | aliexpress.com/store/1101586438 |
| 37 | kitchen-tool Store | aliexpress.com/store/1101622987 |
| 38 | POP Gears Store Store | aliexpress.com/store/1101671021 |
| 39 | HappyLiving Store | aliexpress.com/store/1101692617 |
| 40 | Home Daily Use Wholesale Store Store | aliexpress.com/store/1101727298 |
| 41 | Lucy's house Store | aliexpress.com/store/1101740252 |
| 42 | DIY Charm Pendant Store | aliexpress.com/store/1101744984 |
| 43 | GooFine Store | aliexpress.com/store/1101747195 |
| 44 | Minimalist Living Store | aliexpress.com/store/1101748445 |
| 45 | Leena's B&B Store | aliexpress.com/store/1101774512 |
| 46 | YONICOCO Store | aliexpress.com/store/1101792101 |
| 47 | Fever 3 Store | aliexpress.com/store/1101796541 |
| 48 | Meow New World Store | aliexpress.com/store/1101798289 |
| 49 | SUCHME Pet Products Store | aliexpress.com/store/1101809567 |
| 50 | LuckydayDaily Store | aliexpress.com/store/1101845091 |
| 51 | HHOME TOOL Store | aliexpress.com/store/1101871929 |
| 52 | LetsHome577 Store | aliexpress.com/store/1101872012 |
| 53 | Comfortable House Items Store | aliexpress.com/store/1101873376 |
| 54 | Daily PuppyLuv Supplies Store | aliexpress.com/store/1101876513 |
| 55 | Daily 365 Store | aliexpress.com/store/1101879576 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 56 | A/HomeDecoration Store | aliexpress.com/store/1101890028 |
| 57 | DGDDAI Store | aliexpress.com/store/1101896210 |
| 58 | H-Z SWEETPET Store | aliexpress.com/store/1101979340 |
| 59 | wO sHI aPPLE Store | aliexpress.com/store/1101999790 |
| 60 | ZOZOLIFE Store | aliexpress.com/store/1102002902 |
| 61 | Leap Frog Store | aliexpress.com/store/1102028915 |
| 62 | My Home Life Store | aliexpress.com/store/1102031928 |
| 63 | HomeLuck Store | aliexpress.com/store/1102051008 |
| 64 | cute children toy Store | aliexpress.com/store/1102051087 |
| 65 | cute pet home Store | aliexpress.com/store/1102114837 |
| 66 | Human Worth Store | aliexpress.com/store/1102156348 |
| 67 | Baby Pet Store | aliexpress.com/store/1102166882 |
| 68 | Lifestyle G Store Store | aliexpress.com/store/1102245729 |
| 69 | The Ace Pet Store | aliexpress.com/store/1102303158 |
| 70 | Yolanda Pet-Mall Store | aliexpress.com/store/1102409483 |
| 71 | AHWOO AND GROO Pet Store | aliexpress.com/store/1102439584 |
| 72 | Shop1102488281 Store | aliexpress.com/store/1102484273 |
| 73 | Better Life Lucky Store | aliexpress.com/store/1102650836 |
| 74 | Aihogard Home Store | aliexpress.com/store/1102716535 |
| 75 | Shop1102746277 Store | aliexpress.com/store/1102742356 |
| 76 | Shop1102752921 Store | aliexpress.com/store/1102749964 |
| 77 | Shop1102749045 Store | aliexpress.com/store/1102750021 |
| 78 | Shop1102750362 Store | aliexpress.com/store/1102750363 |
| 79 | JosheLive Direct Store | aliexpress.com/store/1102808204 |
| 80 | JosheLive Retail Store | aliexpress.com/store/1102809181 |
| 81 | EU Certification Store | aliexpress.com/store/1102813047 |
| 82 | Shop1102823690 Store | aliexpress.com/store/1102821683 |
| 83 | Aihogard Tool Store | aliexpress.com/store/1102822833 |
| 84 | Corbrano Store | aliexpress.com/store/1102826077 |
| 85 | Shop1102854607 Store | aliexpress.com/store/1102859615 |
| 86 | Airow Pet Official Store | aliexpress.com/store/1102871055 |
| 87 | ISHOWTIENDA Official Store | aliexpress.com/store/1102900366 |
| 88 | Pet Household Goods Store | aliexpress.com/store/1102903475 |
| 89 | Shop1102927600 Store | aliexpress.com/store/1102921635 |
| 90 | Shop1102938212 Store | aliexpress.com/store/1102941201 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 91 | Lu Ke Store | aliexpress.com/store/1102941269 |
| 92 | Shop1102985527 Store | aliexpress.com/store/1102986485 |
| 93 | aneralied( 7-14 days delivery) | amazon.com/sp?seller=A12N7MA7JP2HDT |
| 94 | ELPAIOS | amazon.com/sp?seller=A1485XNQ76MKHO |
| 95 | Namubarwa | amazon.com/sp?seller=A162KJR8VRV1GU |
| 96 | Tomsi | amazon.com/sp?seller=A16EX6SBDWN526 |
| 97 | Yuehuam2019 | amazon.com/sp?seller=A17OFZJSR2VR3V |
| 98 | YOUR WARDROBE | amazon.com/sp?seller=A18PX72GLZUYQD |
| 99 | TaiYuanMoXiang | amazon.com/sp?seller=A19Z27Z5M75R7E |
| 100 | ZhangShuaif | amazon.com/sp?seller=A1AE8X141QBXKV |
| 101 | QinShuHe | amazon.com/sp?seller=A1BMD2Z3O0V17T |
| 102 | Yutinyus | amazon.com/sp?seller=A1BMSNIZO95A87 |
| 103 | Wang Zhiqian | amazon.com/sp?seller=A1BP5UJM58XG5B |
| 104 | Chen JiaLe | amazon.com/sp?seller=A1DW2ZG8BC2B5V |
| 105 | YueRun | amazon.com/sp?seller=A1RR1H11N80NDO |
| 106 | PYiting Store | amazon.com/sp?seller=A1VFU6WEE52H4C |
| 107 | Liu Haofeng | amazon.com/sp?seller=A1WORUEUG2JNTP |
| 108 | IGUFSDIG | amazon.com/sp?seller=A1ZW8O7T9DMFAV |
| 109 | RSPD | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 126 | Jinyank Store | amazon.com/sp?seller=A2NPOT2Y4VJCUT |
| 127 | Cavallini Co., Inc. | amazon.com/sp?seller=A2O9VWRAXUP1PM |
| 128 | quwen hjklkk | amazon.com/sp?seller=A2OJEV5J0FQQM6 |
| 129 | Q.SVogue | amazon.com/sp?seller=A2OL2RBFQ26JKE |
| 130 | OTentW Store | amazon.com/sp?seller=A2PEBUD6A8XLLC |
| 131 | Sang JiangNan | amazon.com/sp?seller=A2PG2XZ7V87QJK |
| 132 | weipingbaihuo | amazon.com/sp?seller=A2Q2J44WNF7S4R |
| 133 | zhouyalin | amazon.com/sp?seller=A2SJCAHR77IK59 |
| 134 | Zhang Ni | amazon.com/sp?seller=A2TU0O5UNNH15D |
| 135 | ShanXiRuiKeHe | amazon.com/sp?seller=A2UNZW76P6QDOY |
| 136 | yafa | amazon.com/sp?seller=A2Z5UQ7TUBPMII |
| 137 | beasnanier-US | amazon.com/sp?seller=A3164X9XRKD0WV |
| 138 | WULTOP | |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 161 | Naroote | amazon.com/sp?seller=AA3U1N3HAOFYS |
| 162 | MISSING MY | amazon.com/sp?seller=AA8GQFS5I9OS |
| 163 | BAI H | amazon.com/sp?seller=AEL452Y6U7UL6 |
| 164 | Shen Dingming | amazon.com/sp?seller=AEXUWGSYADX64 |
| 165 | Nuryme | amazon.com/sp?seller=AG0P4MAEP63CE |
| 166 | lijinji baby | amazon.com/sp?seller=AG0Y5RYAPAGW6 |
| 167 | Luan Trade | amazon.com/sp?seller=AIBRIMV7DBNYM |
| 168 | Boert | amazon.com/sp?seller=AKZUQBRALSA7S |
| 169 | JiNanXinYing | amazon.com/sp?seller=ANQG13FTMGWS2 |
| 170 | A-yixian | amazon.com/sp?seller=AOH9V8W2LW1AN |
| 171 | Xianwan | amazon.com/sp?seller=AQGE52VJGOFSV |
| 172 | Likeets | amazon.com/sp?seller=AU3JB6LVSK9R2 |
| 173 | Fukker® | amazon.com/sp?seller=AXBY5EP4ZP5C9 |
| 174 | shoujianyunkai | amazon.com/sp?seller=AXK6FWW0JT188 |
| 175 | WskLinft | amazon.com/sp?seller=AYGHJ768WW868 |
| 176 | YONGQIlay | amazon.com/sp?seller=AYUK9P9TB8XVV |
| 177 | CJ Seller 1 | cjdropshipping.com/product/simulation-chicken-wings-funny-boxing-arm-chicken-supplies-p-1424553781575684096 |
| 178 | CJ Seller 2 | cjdropshipping.com/product/creative-spoof-pet-props-chicken-arm-p-1402453097833435136 |
| 179 | zycx Store | dhgate.com/store/21800969 |
| 180 | hxiy Store | dhgate.com/store/21800970 |
| 181 | jit2 Store | dhgate.com/store/21817800 |
| 182 | vxmu Store | dhgate.com/store/21819445 |
| 183 | acegunt | ebay.com/usr/acegunt |
| 184 | arrowben | ebay.com/usr/arrowben |
| 185 | baoziyoutiao | ebay.com/usr/baoziyoutiao |
| 186 | beilangopp | ebay.com/usr/beilangopp |
| 187 | beoneself | ebay.com/usr/beoneself |
| 188 | cenhufen | ebay.com/usr/cenhufen |
| 189 | changeto | ebay.com/usr/changeto |
| 190 | charuka-63 | ebay.com/usr/charuka-63 |
| 191 | clareelmid_0 | ebay.com/usr/clareelmid_0 |
| 192 | cloek_5 | ebay.com/usr/cloek_5 |
| 193 | cocoandyoyo | ebay.com/usr/cocoandyoyo |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 194 | dinosaurag | ebay.com/usr/dinosaurag |
| 195 | duangpaa | ebay.com/usr/duangpaa |
| 196 | eptjknbdbd | ebay.com/usr/eptjknbdbd |
| 197 | euowix | ebay.com/usr/euowix |
| 198 | excellbuying | ebay.com/usr/excellbuying |
| 199 | foupay | ebay.com/usr/foupay |
| 200 | fygvyh8 | ebay.com/usr/fygvyh8 |
| 201 | galabest | ebay.com/usr/galabest |
| 202 | ganeral | ebay.com/usr/ganeral |
| 203 | geobo_6434 | ebay.com/usr/geobo_6434 |
| 204 | giftcd | ebay.com/usr/giftcd |
| 205 | huzenyo | ebay.com/usr/huzenyo |
| 206 | jiashiluo | ebay.com/usr/jiashiluo |
| 207 | kehuas_65 | ebay.com/usr/kehuas_65 |
| 208 | kellylogline10 | ebay.com/usr/kellylogline10 |
| 209 | kexinxinren | ebay.com/usr/kexinxinren |
| 210 | massnou | ebay.com/usr/massnou |
| 211 | metaltell | ebay.com/usr/metaltell |
| 212 | miaoxingren | ebay.com/usr/miaoxingren |
| 213 | mizoseong | ebay.com/usr/mizoseong |
| 214 | outdoor_garden | ebay.com/usr/outdoor_garden |
| 215 | panda12345 | ebay.com/usr/panda12345 |
| 216 | pandatue | ebay.com/usr/pandatue |
| 217 | perth*f8j | ebay.com/usr/perth*f8j |
| 218 | rabi3store | ebay.com/usr/rabi3store |
| 219 | shamarlal-15 | ebay.com/usr/shamarlal-15 |
| 220 | sidouglas0 | ebay.com/usr/sidouglas0 |
| 221 | suguess | ebay.com/usr/suguess |
| 222 | sumeizhao | ebay.com/usr/sumeizhao |
| 223 | sweetteam | ebay.com/usr/sweetteam |
| 224 | teslafanx | ebay.com/usr/teslafanx |
| 225 | whereeverr | ebay.com/usr/whereeverr |
| 226 | yuenuli | ebay.com/usr/yuenuli |
| 227 | zhenlinge | ebay.com/usr/zhenlinge |
| 228 | LeatherBagGGoods | etsy.com/shop/LeatherBagGGoods |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 229 | MartArtesDesign | etsy.com/shop/MartArtesDesign |
| 230 | Shenzhen Tuliang Trading | fruugo.us/search?merchantId=14464 |
| 231 | Chengdukundimankedianzishangwuyouxiangongsi | fruugo.us/search?merchantId=16944 |
| 232 | Shenzhenshimashangzouqiyouxiangongsi | fruugo.us/search?merchantId=17180 |
| 233 | beautifuldeer | beautifuldeer.com/ |
| 234 | chicken-arms | chicken-arms.com/ |
| 235 | disdisbuy | disdisbuy.com/ |
| 236 | birdiology | birdiology.com |
| 237 | childschicks | childschicks.com.au |
| 238 | toysace | toysace.com |
| 239 | SET SAIL TRADE | temu.com/m-100635170533 |
| 240 | FFCM | temu.com/m-117204097627 |
| 241 | TT Wish Cottage | temu.com/m-1793355771656 |
| 242 | Full category shop | temu.com/m-24202654838 |
| 243 | FJYX | temu.com/m-2616686072122 |
| 244 | Pet Ring | temu.com/m-301597285974 |
| 245 | MOOSELY | temu.com/m-4731258089015 |
| 246 | Gear Up Outdoor | temu.com/m-4846384162347 |
| 247 | Sevenpoint beauty | temu.com/m-4882952085956 |
| 248 | Home Depot | temu.com/m-5335147864831 |
| 249 | Exquisite Lifehood | temu.com/m-5653123585187 |
| 250 | Warm travel | temu.com/m-6257505687688 |
| 251 | FEILA | temu.com/m-6316695062194 |
| 252 | dream department shop | temu.com/m-634418209473207 |
| 253 | LIANGYUTOU | temu.com/m-634418210298530 |
| 254 | VISLAND | walmart.com/reviews/seller/101043403 |
| 255 | HILITAND | walmart.com/reviews/seller/101078547 |
| 256 | AiDeMan | walmart.com/reviews/seller/101097216 |
| 257 | MorningSun | walmart.com/reviews/seller/101098551 |
| 258 | Treasure Shop | walmart.com/reviews/seller/101112120 |
| 259 | First Choice Shop | walmart.com/reviews/seller/101115893 |
| 260 | SYHW Store | walmart.com/reviews/seller/101117784 |
| 261 | BMATEDE TRADING Co. Ltd | walmart.com/reviews/seller/101120359 |
| 262 | Srliya Brand Store | walmart.com/reviews/seller/101129187 |
| 263 | Eastjing | walmart.com/reviews/seller/101130944 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 264 | MAX CHOICE | walmart.com/reviews/seller/101132839 |
| 265 | Bobasndm | walmart.com/reviews/seller/101178471 |
| 266 | Li Ran E -commerce Co. Ltd | walmart.com/reviews/seller/101184985 |
| 267 | JUNBYONE | walmart.com/reviews/seller/101204915 |
| 268 | Juliy | walmart.com/reviews/seller/101209387 |
| 269 | LUODING | walmart.com/reviews/seller/101212815 |
| 270 | WENXIN | walmart.com/reviews/seller/101215503 |
| 271 | Yubatuo Co. Ltd | walmart.com/reviews/seller/101220109 |
| 272 | CHMORA | walmart.com/reviews/seller/101221693 |
| 273 | Shaoke Store | walmart.com/reviews/seller/101222076 |
| 274 | SHAPERME, inc | walmart.com/reviews/seller/101224389 |
| 275 | amousa | walmart.com/reviews/seller/101228971 |
| 276 | ZIZHONG | walmart.com/reviews/seller/101229808 |
| 277 | MLQIDK | walmart.com/reviews/seller/101229863 |
| 278 | Hello House | walmart.com/reviews/seller/101232979 |
| 279 | JIASEN | walmart.com/reviews/seller/101239890 |
| 280 | LINWU | walmart.com/reviews/seller/101241679 |
| 281 | Likede Store | walmart.com/reviews/seller/101242576 |
| 282 | Feternal | walmart.com/reviews/seller/101247793 |
| 283 | Walkfairy Home | walmart.com/reviews/seller/101247979 |
| 284 | MUQI | walmart.com/reviews/seller/101250064 |
| 285 | SIDAN | walmart.com/reviews/seller/101255041 |
| 286 | Umitay | walmart.com/reviews/seller/101255899 |
| 287 | Familyshopping-Choice | walmart.com/reviews/seller/101255994 |
| 288 | RUOYING | walmart.com/reviews/seller/101269553 |
| 289 | Corashan Co., Ltd. | walmart.com/reviews/seller/101280377 |
| 290 | JINGKE | walmart.com/reviews/seller/101281244 |
| 291 | CHUNXI | walmart.com/reviews/seller/101285353 |
| 292 | Gudake maoyi | walmart.com/reviews/seller/101296590 |
| 293 | Yixing Network Technology | walmart.com/reviews/seller/101312237 |
| 294 | Strungten | walmart.com/reviews/seller/101345396 |
| 295 | DaiHeng | walmart.com/reviews/seller/101345728 |
| 296 | kainuan | walmart.com/reviews/seller/101348794 |
| 297 | Ruifaya | walmart.com/reviews/seller/101358779 |
| 298 | PWOPWOE | walmart.com/reviews/seller/101359321 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 299 | Qoo10 | wish.com/merchant/56bf30ac0dbb0b7e5ebb27d1 |
| 300 | lujiaxiaopu | wish.com/merchant/578b6a1091a71b5892c0a32e |
| 301 | balloon | wish.com/merchant/57e0eeedcc898834e10065f3 |
| 302 | Time_In_Time | wish.com/merchant/5a39ff718cf0ed2c83f7b9e9 |
| 303 | wxt006 | wish.com/merchant/5d52b8ac1527542502613893 |
| 304 | Chitsu | wish.com/merchant/5df1ac1615289003c8f155aa |
| 305 | JiranantuxP | wish.com/merchant/5e6073feec5cd3dd1a412f97 |
| 306 | Caste LLPC | wish.com/merchant/5e60c66b29e7862bc0095d6f |
| 307 | XiagubeilMv | wish.com/merchant/5e6b74d44690a44500b9298c |
| 308 | ZhangbiandupUc | wish.com/merchant/5e6b9f178d68d2bcafa06b68 |
| 309 | TaohuanfeikebJ | wish.com/merchant/5e6b9f463c17f48f80baeea5 |
| 310 | jdzjhfgsjfmeiblc | wish.com/merchant/5ed745ff74c1c90705fd4a55 |
| 311 | hanxing21221 | wish.com/merchant/6064273cc3bdb178bfe9e718 |
| 312 | Joybuy America Seller 1 | walmart.com/seller/101001636 |
| 313 | Joybuy America Seller 2 | walmart.com/seller/101001636 |
| 314 | Joybuy America Seller 3 | walmart.com/seller/101001636 |
| 315 | Joybuy Fashion Seller 1 | walmart.com/seller/101118004 |
| 316 | Joybuy Fashion Seller 2 | walmart.com/seller/101118004 |
| 317 | Joybuy Fashion Seller 3 | walmart.com/seller/101118004 |
| 318 | Joybuy Fashion Seller 4 | walmart.com/seller/101118004 |
| 319 | Joybuy Fashion Seller 5 | walmart.com/seller/101118004 |
| 320 | Joybuy Fashion Seller 6 | walmart.com/seller/101118004 |
| 321 | Joybuy Fashion Seller 7 | walmart.com/seller/101118004 |
| 322 | Joybuy Fashion Seller 8 | walmart.com/seller/101118004 |
| 323 | Joybuy Fashion Seller 9 | walmart.com/seller/101118004 |
| 324 | Joybuy Express Seller 1 | walmart.com/seller/16214 |
| 325 | Joybuy Express Seller 2 | walmart.com/seller/16214 |
| 326 | Joybuy Express Seller 3 | walmart.com/seller/16214 |
| 327 | Joybuy Express Seller 4 | walmart.com/seller/16214 |
| 328 | Joybuy Express Seller 5 | walmart.com/seller/16214 |
| 329 | Joybuy Express Seller 6 | walmart.com/seller/16214 |
| 330 | Joybuy Express Seller 7 | walmart.com/seller/16214 |
| 331 | Joybuy Seller 1 | walmart.com/seller/18988 |
| 332 | Joybuy Seller 2 | walmart.com/seller/18988 |
| 333 | Joybuy Seller 3 | walmart.com/seller/18988 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 334 | Joybuy Seller 4 | walmart.com/seller/18988 |
| 335 | Joybuy Selection Seller 1 | walmart.com/seller/101087374 |