**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| EXPORT COMMODITY LLC, | |
| PLAINTIFF, | CASE NO.: 23-CV-15059 |
| V. | JUDGE JOHN F. KNESS |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE YOUNG B. KIM |
| DEFENDANT. | |

**DECLARTION OF XU MIAO IN SUPPORT OF DEFENDANT'S MOTIONS**

I, Xu Miao, declare as follows:

1. I am Xu Miao, the Chief Technology Officer (**CTO**) at Shenzhen Jiayi E-Commerce, Co., Ltd. (**Jiayi**), which operates the internet store, beautifuldeer.com (the **Store**), identified in this lawsuit. In this capacity, I have personal knowledge of the Store's operation and sales and have access to Jiayi's business records.

2. I make this declaration based on my personal knowledge and after reviewing Jiayi's business records under the penalty of perjury. If called as a witness, I can competently testify to the matters stated herein.

3. Jiayi is incorporated and has its principal place of business in China. Jiayi operates the Store exclusively in China. Jiayi has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4. Neither the Store nor Jiayi has targeted Illinois residents with their advertisements,

nor directed any marketing efforts or materials at Illinois.

5.  Export Commodity LLC (the **Plaintiff**) alleges the Store has infringed on its copyrights and trademark.   The products in question are spoof toy arms that can be attached to chickens or other animals.   Specifically, Plaintiff's counsel has provided the attached **Exhibit A**, which shows the allegedly infringing products (collectively, **Alleged Products**).

6.  After reviewing the amended complaint and Exhibit A provided by counsel, I conducted a diligent search of the Store's sales records for the Alleged Products.   **Exhibit B** contains the complete and accurate sales records, maintained in the ordinary course of Jiayi's business.

7.  Exhibits B shows that the Store made seven sales, a totaling ten Alleged Products, in the U.S. from June 2021 to December 2023.   The total revenue from these sales is less than $400.

8.  Of those sales, only one order was placed in Illinois, which appears to have been made by Plaintiff on September 12, 2023 for the purposes of this litigation.   The buyer's zip code and the order number on Exhibit A match those on Exhibits B.   The buyer is listed as "John Doe" in Ex. B.

9.  There are many similar chicken spoof arm toy products for sale online.   A brief search online reveals numerous similar pictures and sales links for such products.   Many listings use similar descriptive titles and brand names with key words like "chicken arm," "fist fighting chicken," "fighting chicken," and "funny costume fist fighting chicken."   *See* Exhibit C.

10.  The Store initially listed the Alleged Products for sale in or before June 2021.   At that time, the Store was not aware, nor had any reason to be aware, that it was infringing any

copyrights or trademarks. The Store has not attempted to market or pass off its products as those of the Plaintiff or any other party.

11. The Store has two Paypal accounts for the Alleged Products, jiayiexcellent@outlook.com and jiayi88251@163.com, with respective balances of $1,531,564.84 and $8,996.78. Both accounts have been frozen due to the asset restraints currently in place.

12. The Store still plans to continue business operations. However, the existing restraints significantly hinder the Store's liquidity and ability maintain normal operations.

13. Upon notice of the current litigation, Jiayi has permanently removed the listings of the Alleged Products. While the Jiayi is moving to challenge the Preliminary Injunction Order (Dkt. 28), Jiayi assures the court it will not relist the Alleged Products for sale until further ordered by the court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 12th day of May, 2024, in Shenzhen, Guangdong Province, China.


Dated: May 12th, 2024                              By: _____Xu Miao_____

                                                              Xu Miao

# EXHIBIT A

# 233. beautifuldeer

## DEFENDANT INTERNET STORE INFORMATION:

**Marketplace**: Other

**Store Name**: beautifuldeer

**Merchant ID:** beautifuldeer.com

**Store URL**: https://www.beautifuldeer.com/

**Product URLs:** https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95244;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95245;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95246;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95247;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95248;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95249;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95250;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95251;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95252;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95253;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95254;
https://www.beautifuldeer.com/products/fist-fighting-chicken?variant=95255

## INFRINGEMENT INFORMATION:

**Number of Unique Infringements**: 12

**Screenshots Captured on:**   October 5, 2023

**Intellectual Property Infringed:**

**Trademarks**: ARMED PET (Reg. No. 6,830,822)

**Copyrights**: ARP-19, ARP-23, ARP-4, ARP-6

BEAUTIFULDEER                                                              CONTINUED

## Product & Listing Information







## Product & Listing Information





## Product & Listing Information



## Check Out Page



**BEAUTIFULDEER** <span style="float:right">**CONTINUED**</span>

## Order / Purchase Confirmation



All rights reserved Beautifuldeer
beautifuldeer®UK

BEAUTIFULDEER                                                          CONTINUED

## Seller / Store Information



BEAUTIFULDEER                                                    CONTINUED

## Seller / Store Information





# EXHIBIT B





**beautifuldeer**

- **Order** ⌃
  - All Orders
  - Abandoned Order
- **Product manage...** ⌄

support

‹ All Orders

## Order Details

← → | Action ⌄ | Modify delivery

### Order Overview

| Product | Specifications | Quantity |
|---|---|---|
| Fist Fighting Chicken SKU：WO1145796-黑色 | Dark Dinosaur Claw·BUY 1 | 1 |
| Fist Fighting Chicken SKU：TB1145800-肌肉臂 | Muscle arm·BUY 1 | 2 |

### Shipping Address ⟳ Edit

| | |
|---|---|
| Name | Lex Wilson |
| Address | 46601 837th Rd |
| Apartment | - |
| City | Burwell |
| Country/Region | United States of America |
| Province/State | Nebraska |
| Postcode | 68823 |
| Phone | +1 (954) 815-7248 |
| Extra information | - |

### Order Information

Order status:Completed

Payment status:Paid

Total Amount:**$65.25**

Order number:872S211798

Payment number:1702729354947390

Payment method:Credit card

Payment channel:Credit card

Generation time:2023-12-16 04:09:15

Payment time:2023-12-16 20:22:39

Logistic order number:AT217736673CN

### Client `Has Subscribe` `Visitors`

Name     Lex Wilson

**Contact Information**

Mailbox     sheltee@bellsouth.net

⚙ Settings





**beautifuldeer**

support

**Order**
- All Orders
- Abandoned Order
- Product manage...

< All Orders

## Order Details

← → | Action ▼ | Modify delivery

### Order Overview

| Product | Specifications | Quantity |
|---------|----------------|----------|
| Garden Racer Windmill SKU：QJ1631489-红色 | 156 racing car with driver Phil Hill | 1 |
| Fist Fighting Chicken SKU：WO1145796-黑色 | Dark Dinosaur Claw·BUY 1 | 1 |

### Shipping Address  Edit

| | |
|---|---|
| Name | Harrison Burton |
| Address | 15555 Huntersville Concord Rd |
| Apartment | - |
| City | Huntersville |
| Country/Region | United States of America |
| Province/State | North Carolina |
| Postcode | 28078-6642 |
| Phone | +1 7047795070 |
| Extra information | - |

### Order Information

Order status:Completed

Payment status:Paid

Total Amount:**$71.38**

Order number:872S193092

Payment number:6SJ21919YR0902803

Payment method:PayPal

Payment channel:PayPal

Generation time:2023-05-27 04:08:54

Payment time:2023-05-27 20:08:57

Logistic order number:940010920203308 7709356

### Client  Unsubscribed  Visitors

| | |
|---|---|
| Name | Harrison Burton |

**Contact Information**

| | |
|---|---|
| Mailbox | hburton5112@gmail.com |

Settings









# EXHIBIT C



chicken arm

3d print | muscle | human arm | labeled | plastic | miranda | toy | dinosaur | strong | middle finger | helmet | buff | skinny | doll | skeleton | baby | fist | accessory | t rex arm



Amazon.com · In stock
Amazon.com: Ext...

Amazon.com · In stock
Thumbs Up Chicke...

Amazon.com: Chicken ...

Giftsgates
Chicken Arms – Giftsg...

Amazon.com · In stock
Amazon.com: YUKEI ...

Chicken Arms, Chicken ...

eBay · In stock
Hulk Arms For Chi...

Etsy · In stock
Middle Finger Muscle A...

Super Cluck Co.
Cluckasaurus Rex - Su...

Pinterest
Thumbs Up Chicke...

YouTube
Chicken Arms Compilation from ArmedP...

Ama... · Out of stock
Meme Muscle arm...

ThisIsWhyImBroke
Muscular Chicken Arms



All3DP
3D Printed Chicken Arms: Fun & Funny ...

DIYElectronics Blog
3D Printed Arms For Chicken ...

ThisIsWhyImBroke
Chicken Arms

Printables.com
Chicken Arms! - Chick...

Walmart · In stock
ArmedPet Strong Chick...

Chicken Arms
Chicken Arms: Black ...

Etsy · In stock
3D Printed Chicken Ar...

Odditymall
You Can Now Get Tiny T-Rex Chicken A...

Reddit
A chicken with (fak...

Fabbaloo
Design of the Week: Arme...

Sad and Useless Humor
3D Printed Human Arms For Chicken

**Related searches**

 chicken arms with guns

 chicken arms middle finger

 human chicken arms



Super Cluck... · In stock
Cluckos - Super Chic...

- Shut Up And Take My Mon...
Middle Finger Chicken Ar...

Bored Panda
Buy Arms For Your Chicken ...

ThisIsWhyImBroke
Chicken Arms

YouTube
3D Printed Chicken Arm Fun in Alaska ...

Reddit
we've had chicken ar...

GoodBuy.ai
Chicken Arms Made ...

AliExpress
Funny Fighting Chicken Arm...

Sad and Useless Humor
3D Printed Human Ar...

Amazon.com
Amazon.com: YUKEI



Ubuy Kosovo
Chicken Arms Toy Silico...

Blow My Budget
Clucky Balboa Chicken Arms - ...

3D Universe
3D Printed Arms For Chickens?

Laughing Squid
Tiny 3D Printed Bab...

Etsy · In stock
Green Monster Arm...

Bored Panda
Buy Arms For Your Chicken ...

YouTube
Chickens With T-Rex Arms - YouTube

AliExpress
Funny Fighting Chicken ...

Redbubble
Chicken Arms Merch & Gi...

Amazon.com
Amazon.com: Thumbs U...

Chook Manor · In stock
Chicken Arms Funny ...



Awesome Inventions

chicken-arms.com

Odditymall

**Related searches**

chicken arms gun

chicken arms for sale

buff chicken arms

Printables.com

YouTube

GoodBuy.ai · In stock

Sad and Useless H...

Walmart · In stock

Facebook

Amazon.com



Fist Chicken Arms Made in Texas USA Meme Fist Fighting Chicken : Amazon.sg: Pet Supplies

Visit >

Images may be subject to copyright. Learn More

fruugo.kr/chicken-arms-chicken-arms-to-put-on-chickens-fist-fighting-chicken-toys-doll-arms-muscle-chicken-arms/p-229875437-490565359?language=en#



**DEPARTMENTS** ⌄

Search over 10,000,000 products & 20,000 brands...

HELP  ACCOUNT  0 ITEMS

Toys & Games › Toys › Educational Toys › Science & Exploration Sets








### Chicken Arms, Chicken Arms To Put On Chickens, Fist Fighting Chicken Toys Doll Arms Muscle Chicken Arms

**Brand:** Unbranded    **Colour:** G

**More colour options in stock**

| B | C | D | E | F | G |

**Price:** ₩27,690



~~₩27,690~~

+ ~~₩10,899~~ Shipping

**In stock** ⓘ

**Quantity**        1 ⌄

**BUY NOW**

**ADD TO BASKET**

We accept the following payment methods

Apple Pay   G Pay   PayPal   VISA   mastercard   AMEX

---

### Description

Mischief GiftGive your chickens unparalleled confidence in no time with this pair of chicken arm toys

This is definitely a great prank gift for friends on various holidays (eg Halloween, Easter).

Perfect CombinationThis package contains 1 pairs of chicken arms and 1 wires, making the chicken arms more delicate and durable. Good flexibility and reusability to suit your needs. The chicken arm simulates a doll arm and brings more fun to your chicken.

Easy to useThe chicken arms are connected by iron wires and are already assembled, you just need to hang the chicken arms around the chicken neck and adjust the width of the chicken arms to make your pet move comfortably.

High-quality & ReusableThe chicken arm toy is made of high-quality and safe materials, carefully processed, durable and soft. Reusable and just use a clean cleaning cloth to easily remove surface dirt.

Widely UsedWhen your chicks wears the arm toys for Halloween, cosplay, costume competitions, pet themed parties, it will definitely attract a lot of attention.

**Brand:** Unbranded    **Category:** Science & Exploration Sets    **Colour:** G

**Fruugo ID:** 229875437-490565359    **EAN:** 947258232473    **Sold by:** Hefeizhaisaowangluokejiyouxiangongsi

### Top Brands

Inbev (696)
Hcankcan (510)
SML (494)
HSKMALL (279)
Allinless (193)
Labt (180)
Remorui (140)
OEM (115)
Toyvian (112)

More